■ In the Matter of the Liquidation of CONSTELLATION REINSURANCE COMPANY OF NEW YORK. GREAT AMERICAN INSURANCE COMPANY, Appellant-Respondent, v JAMES P. CORCORAN, as Superintendent of Insurance of the State of New York, Respondent-Appellant.—Order and judgment (one paper), Supreme Court, New York County (Walter Schackman, J.), entered on December 4, 1989, unanimously affirmed for the reasons stated by Walter Schackman, J., without costs. No opinion. Concur—Rosenberger, J. P., Wallach, Kupferman, Kassal and Smith, JJ.